**United States District Court**
For the Northern District of California

1

2

3

4

5

6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

7   CRAGO, Inc., individually and on    )   Case No. 07-5944 SC
    behalf of all others similarly      )
8   situated,                           )
                                        )   ORDER RELATING AND
9             Plaintiffs,               )   CONSOLIDATING CASES
                                        )
10       v.                             )
                                        )
11  CHUNGHWA PICTURE TUBES, LTD.,       )
    CHUNGHWA PICTURE TUBES (Malaysia)   )
12  Sdn. Bhd., HITACHI, LTD., HITACHI   )
    AMERICA, LTD., HITACHI ASIA, LTD.,  )
13  IRICO GROUP CORP., IRICO DISPLAY    )
    DEVICES CO., LTD., LG ELECTRONICS,  )
14  INC., MATSUSHITA ELECTRIC           )
    INDUSTRIAL CO., LTD., PANASONIC     )
15  CORPORATION OF NORTH AMERICA, ORION )
    ELECTRIC CO., LTD., ORION AMERICA,  )
16  INC., KONINKLIJKE PHILIPS           )
    ELECTRONICS N.V., PHILIPS           )
17  ELECTRONICS NORTH AMERICA, SAMSUNG  )
    SDI CO., LTD., SAMSUNG SDI AMERICA, )
18  INC., SAMTEL COLOR, LTD., THAI CRT  )
    COMPANY, LTD., TOSHIBA CORPORATION, )
19  BEIJING-MATSUSHITA COLOR CRT        )
    COMPANY, LTD., MATSUSHITA TOSHIBA   )
20  PICTURE DISPLAY CO., LTD., and LP   )
    DISPLAYS INTERNATIONAL, LTD.,       )
21                                      )
              Defendants.               )
22  _____  )

23       The Court has previously issued orders RELATING the following

24  cases with the above-captioned case:

25  07-6433-SC
    07-5981-SC
26  07-6279-SC
    07-6303-SC
27  07-6331-SC
    07-6225-SC
28  07-6416-SC

**United States District Court**
For the Northern District of California

1    In addition, the Court hereby finds that the following cases

2  are also RELATED:

3  08-178-EDL

4  08-309-MMC

5    The Court also finds that all of the above-captioned cases

6  are suitable for CONSOLIDATION for the purposes of discovery and

7  pre-trial hearings.  This consolidation is warranted by common

8  questions of law and fact that pervade these individual matters.

9  Consolidation will facilitate discovery and conserve judicial

10  resources.

11    The consolidated cases will henceforth be referred to as "IN

12  RE: Cathode Ray Tube (CRT) Antitrust Litigation."  All documents

13  are to be filed under case number 07-5944-SC and all future

14  filings are to bear the initials "SC" immediately after the case

15  number.

16    All motions and proceedings now pending in any of these cases

17  is hereby STAYED pending a decision by the Multi District

18  Litigation (MDL) Panel on Plaintiff's Motion for Centralization in

19  case MDL No. 1917.

20

21

22    IT IS SO ORDERED.

23

24    Dated: January 22, 2008

25  _____

26                      UNITED STATES DISTRICT JUDGE

27

28

2