UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation | Case No. 07-5944 SC<br>MDL No. 1917 |
| CRAGO, Inc.,<br><br>    Plaintiff,<br><br>    v.<br><br>CHUNGHWA PICTURE TUBES, LTD., et al.<br><br>    Defendants. | ORDER LIFTING STAY, SETTING STATUS CONFERENCE, AND SETTING HEARING ON MOTIONS TO APPOINT <u>LEAD COUNSEL</u> |

On February 15, 2008, the United States Judicial Panel on Multidistrict Litigation granted Plaintiff's Motion for Centralization, pursuant to 28 U.S.C. § 1407. The stay on all motions and proceedings imposed by this Court on January 29, 2008, Docket No. 37, is hereby LIFTED.

A status conference is hereby set for Friday, April 4, 2008, at 10:00 a.m. in courtroom # 1. Motions to appoint lead counsel will also be heard at this time.

IT IS SO ORDERED.

Dated: March 7, 2008

_____
UNITED STATES DISTRICT JUDGE