UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Barbara Caldwell, on behalf of herself and others similarly situated,*<br><br> v.<br><br>*Matsushita Electric Industrial Co., Ltd, et al.,*<br>N. D. Cal. Case No. 3:07-cv-06303-SC | Case No.  07-cv-05944-SC<br><br>MDL No. 1913<br><br>~~[PROPOSED]~~ ORDER GRANTING APPLICATION BY ATTORNEYS CHRISTOPHER L. LEBSOCK AND JON T. KING RE SUBSTITUTION OF COUNSEL FOR PLAINTIFF BARBARA CALDWELL |

[PROPOSED] ORDER GRANTING APPLICATION BY ATTORNEYS CHRISTOPHER L. LEBSOCK AND JON T. KING RE SUBSTITUTION OF COUNSEL FOR PLAINTIFF BARBARA CALDWELL
Case No. 07-cv-05944-SC

Pursuant to Local Rule 11-5(a) and on good cause shown, the Application By Attorneys Christopher L. Lebsock And Jon T. King Re Substitution Of Counsel For Plaintiff Barbara Caldwell is granted.  Attorneys Christopher L. Lebsock and Jon T. King are hereby withdrawn as counsel for Plaintiff Barbara Caldwell.  Henry A. Cirillo and The Furth Firm LLP shall continue as counsel for Plaintiff Caldwell.

SO ORDERED.

Dated:  March  31 , 2008           

359610.1 1

[PROPOSED] ORDER GRANTING APPLICATION BY ATTORNEYS CHRISTOPHER L. LEBSOCK AND JON T. KING RE SUBSTITUTION OF COUNSEL FOR PLAINTIFF BARBARA CALDWELL
Case No. 07-cv-05944-SC

- 2-

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW