Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba America, Inc.,*
*Toshiba America Information Systems, Inc.,*
*Toshiba America Consumer Products, L.L.C.,*
*and Toshiba America Electronic Components, Inc.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC MDL No. 1917 |
| This Document Relates to: ALL ACTIONS | **DISCLOSURE STATEMENT OF TOSHIBA AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., AND TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. make the following disclosure:  Toshiba America Information Systems, Inc., Toshiba America Consumer

1   Products, L.L.C., and Toshiba America Electronic Components, Inc. are wholly owned

2   subsidiaries of Toshiba America, Inc.  Toshiba America, Inc. is a wholly owned subsidiary

3   of Toshiba Corporation in Japan.  Toshiba America, Inc. is not publicly held.  Toshiba

4   Corporation is a publicly held company traded in Japan.

5

6   Dated:  May 8, 2008                                    Respectfully submitted,

7

8                                                          **WHITE & CASE** LLP

9                                                  By:   /s/ Christopher M. Curran

10                                                      Christopher M. Curran (*pro hac vice*)

11                                                      George L. Paul (*pro hac vice*)
                                                        Lucius B. Lau (*pro hac vice*)
12                                                      701 Thirteenth Street, N.W.
                                                        Washington, D.C.  20005
13                                                      tel.: (202) 626-3600
                                                        fax: (202) 639-9355
14

15                                                      *Counsel to Defendants Toshiba America,*
                                                        *Inc., Toshiba America Information*
16                                                      *Systems, Inc., Toshiba America Consumer*
                                                        *Products, L.L.C., and Toshiba America*
17                                                      *Electronic Components, Inc.*

18

19

20

21

22

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

**White & Case LLP**
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

***In Re:  Cathode Ray Tube (CRT) Antitrust Litigation,***
**Case No. C 07-5944 SC, MDL No. 1917 (N.D. Cal.)**

I, Ted Booth, legal assistant, declare that I am over the age of eighteen (18) and not a party to the within action.  I am employed at the law firm of White & Case LLP, 701 Thirteenth Street NW, Washington DC 20005.

On May 8, 2008, I filed the foregoing Disclosure Statement of Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. with the Clerk of the Court using the Official Court Electronic Document Filing System, which served copies on all interested parties registered for electronic filing.  I also certify that I mailed a true copy of the foregoing document by first-class mail to the following non-CM/ECF participants:

Patrick J. Ahern
Karen Sewell
Roxane Busey
BAKER & MCKENZIE
One Prudential Plaza
130 East Randolph Drive
Chicago IL 60601

Barry J. Bendes
Joseph E. Czerniawski
Anthony J. Viola
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY 10022

Anthony J. Bolognese
Joshua H. Grabar
BOLOGNESE & ASSOCIATES, LLC
1500 JFK Boulevard
Philadelphia, PA 19102

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Issac L. Diel
SHARP MCQUEEN
6900 College Boulevard, Suite 285
Overland Park, KS 66211

Lori A. Fanning
Matthew E. Van Tine
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

John Gressette Felder, Jr.
MCGOWAN HOOD FELDER AND JOHNSON
1405 Calhoun Street
Columbia, SC 29201

Traviss Levine Galloway
ZELLE HOFMANN VOELBEL MASON & GETTE
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

Martin E. Grossman
LAW OFFICES OF MARTIN E. GROSSMAN
2121 Green Brier Drive
Villanova, PA 19085

Richard M. Hagstrom
ZELLE HOFMANN VOELBEL MASON & GETTE LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415

Krishna B. Narine
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwood, PA 19004

Mark Reinhardt
REINHARDT WENDORF & BLANCHFIELD
East 1250 First National Bank Building
322 Minnesota Street
St. Paul, MN 55101

1    Jean B. Roth
2    Lawrence P. Schaefer
     Seymour J. Mansfield
3    MANSFIELD TANICK & COHEN
4    1700 U.S. Bank Plaza South
     220 South Sixth Street
5    Minneapolis, MN 55402-4511

6
7    Roger Martin Schrimp
     DAMRELL NELSON SCHRIMP PALLIOS PACHER & SILVA
8    1601 I Street, 5th Floor
     Modesto, CA 95354
9
10   Imtiaz A. Siddiqui
     LOVELL STEWART HALEBIAN LLP
11   500 Fifth Avenue
12   New York, NY 10110

13   Donna F. Solen
14   MASON LAW FIRM
     1225 19th Street, NW, Suite 500
15   Washington, DC 20036

16
17   John M. Taladay
     BAKER & HOSTETLER
18   1050 Connecticut Avenue NW
     Washington, DC 20036
19
20   Jonathan Mark Watkins
     THE FURTH FIRM LLP
21   225 Bush Street, 15th Floor
22   San Francisco, CA 94104-4249

23
24   
                                              Ted Booth
25
26
27
28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005